# UNITED STATES DISTRICT COURT
for the

Western District of Texas

FILED
NOV 1 5 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Tyler James SUMLIN | ) | Case No. 3:18-M-8371-ATB |
| Jason Wayne JARVIS | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 14, 2018__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 922(a)(5) | Willful transfer, sale, or transport of firearm by unlicensed person to another unlicensed, out-of-state person. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Omar Fournier - HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/15/2018__

_____
*Judge's signature*

City and state: __El Paso, Texas__   Anne T. Berton - U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

On Wednesday, November 14, 2018, at approximately 9:06 AM, Tyler James SUMLIN and Jason Wayne JARVIS met with Homeland Security Investigations (HSI) Undercover Agents (UCAs) in El Paso, Texas, regarding the sale of multiple firearms, military grade equipment, C-4 plastic explosives and detonators.

SUMLIN and JARVIS traveled from Florida to El Paso and met with HSI UCAs at a local truck stop in far east El Paso, before following HSI UCAs to a nearby warehouse to complete the sale for the agreed price of $75,000.00. SUMLIN and JARVIS were traveling in a rented late model Chevrolet Tahoe, bearing North Carolina vehicle registration FDX-3123.

Upon arriving at the warehouse, HSI UCAs confirmed SUMLIN and JARVIS were in possession of multiple firearms, military grade equipment and C-4 plastic explosives, before SUMLIN and JARVIS were arrested without incident. A subsequent search of the vehicle led to the seizure of thirty-two rifles of various makes and models and three handguns of various makes and models.

SUMLIN and JARVIS were transported to the HSI office, where they were interviewed after they were advised of their Miranda rights by HSI Special Agents and both individuals agreed to make statements without their attorney present. During the interview of JARVIS, JARVIS stated he and SUMLIN conspired to deliver firearms to a buyer in El Paso, Texas. JARVIS stated he was expecting to earn $2000.00 for his participation in the transaction.

During the interview of SUMLIN, SUMLIN stated he and JARVIS coordinated the sale of multiple firearms with a buyer in El Paso. SUMLIN stated he was aware the firearms were to be exported to Mexico. SUMLIN stated he owned part of the firearms shipment and SUMLIN was going to earn $12,000.00 from the transaction. SUMLIN stated JARVIS owned a portion of the firearms shipment and before traveling to El Paso, SUMLIN and JARVIS met at an Airbnb in Florida and prepared the firearms for delivery and wiped the firearms to remove their fingerprints.

Law enforcement database queries indicated neither SUMLIN nor JARVIS possessed a federal firearms license.

This affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each fact known to me concerning this investigation.